David R. Hinkson
Rt. 1 Box 104 B
Grangeville Idaho 83530
1-208 926 4273

In Propria Persona

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

15-179

CIV 02-0171 -N- LMB

| | |
|---|---|
| David R. Hinkson, | CASE NO. |
| Plaintiff, | **BIVENS COMPLAINT FOR CIVIL RIGHTS DAMAGES; and, DEMAND FOR JURY TRAIL** |
| v. | |
| Steve Hines, Gerry Morgan, Dennis Albers Nancy Cook, Internal Revenue Service, ANY AND ALL DOES. Defendants. | JURY REQUESTED |

**OPENING STATEMENT**

This is a civil rights action for declaratory relief and money damages. The Plaintiff has been denied his right to security of his papers and effects from seizure except on probable cause supported by oath and/or affirmation; his right to not be deprived of due process of law; his right to equal protection of the laws of this State and the United States; his right not to be deprived of life, liberty, or property without just compensation; and his rights reserved or retained under the Constitution of this State and the United States Constitution; his right to be free from cruel and unusual punishment, prosecutorial vindictiveness,

1

malicious prosecution and our rights reserved or retained under the Constitution of this State because the defendants failed in their Constitutional and statutory duties to protect the rights of the Plaintiff. Such acts by the defendants were played out under the color of law.

## JURISDICTION AND VENUE

1. Plaintiff invokes this Court's jurisdiction pursuant to the 1st Amendment of the United States Constitution through Title 42, USC, Section 1983, 1985, 1986, and 1988 and United States Constitution, 1st, 4th, 5th, 6th, 7th 8th, 9th, 13th and 14th Amendments.

2. The Plaintiff further invokes the jurisdiction of this Court pursuant to Title 28, Section 1331, 1343(a)(3)(4). The action is within the statute of limitations for time to allege fraud and conspiracy to commit fraud, and all the damages and causes of action have occurred within the venue and jurisdiction of this Honorable Court.

## PARTIES

3. Plaintiff, David R. Hinkson, is a citizen and resident of the United States of America and is over the age of eighteen (18) years.

4. Defendant Internal Revenue Agent Gerry Morgan and Steven Hines, Special Agent, at all times relevant to this complaint, were agents representing the Internal Revenue Service and were acting ministerially and administratively in their capacity as agents. Defendant, Gerry Morgan and Steven Hines are being sued in their individual and official capacity. Gerry Morgan and Steven Hines are employed, enriched, compensated and rewarded for their duties as agents. Defendant Gerry Morgan and Steven Hines were acting under the color of law in their individual capacity outside of state and federal policies and were acting individually and/or in concert with other federal and state actors. Defendant Gerry Morgan and Steven Hines are being sued for acts, which are outside their official discretion

as agents for the Internal Revenue Service.

5. Defendant Nancy Cook is an Assistant United States Attorney and at all times relevant to this complaint was acting in her capacity as an Assistant United States Attorney. Defendant Cook is being sued in her official as well as individual capacity. Defendant Cook may have sworn an oath of office to uphold the Constitution of the United States and to uphold her functions as Assistant United States Attorney to the United States of America. Defendant Cook is employed, enriched, compensated and rewarded for her duties as an Assistant United States Attorney. Defendant Cook is a resident of the State of Idaho. Defendant Cook was acting under the color of law in her official capacity and as an individual outside of state and federal policies and was acting individually and in concert with other state and/or federal actors. Defendant Cook is being sued for acts, which are outside her discretion as a person, individually, as well as within her official capacities.

6. Defendant Dennis Albers is a private attorney in the state of Idaho. Dennis Albers as an agent of the court, has given private sealed court information to third parties, in orchestrated due process violations. This activity was done after he was properly notified of these due process violations. His orchestrated activity after proper notification makes him an actor and participant in these concerted activities.

7. Defendant Internal Revenue Service is an agency of the United States federal government. At all times relevant to this complaint it either directly or indirectly trained, controlled, made policy for, employed, supervised, compensated, enriched, or rewarded some or all of the defendants for their actions relevant to this complaint. The INTERNAL REVENUE SERVICE is being sued as a person.

8. Plaintiff is ignorant of the true names and capacities, whether governmental, corporate, associate, individual or otherwise, or the defendants fictitiously named as ANY AND ALL DOES. Defendant(s) DOES are state and/or federal actors and at all times relevant to this complaint were acting under color of law in their official capacity or as individuals outside of state and/or federal policies and acting individually and/or in concert while being enriched, rewarded and compensated for their acts. Plaintiff will amend this complaint to insert the true names and capacities of such fictitiously named defendants when such has been ascertained through discovery.

## STATEMENT OF FACTS

9. It appears that plaintiff has been stalked for several years by the Internal Revenue Service, Internal Revenue Agent Gerry Morgan and Special Agent Steven Hines and other DOES. On or about February 9, 2000 Gerry Morgan requested certain documents to be provided to him. Without giving plaintiff time to respond, defendant, Gerry Morgan started multiple summons actions against at least thirteen different banks and financial institutions. Plaintiff questioned defendant Hines regarding the lack of indicia of court authority lacking court seal and signature within the procedural requirement as stated in the Summons. Defendant, Hines conducted this orchestrated activity after being properly notified that Plaintiff requested his rights be protected by the Seventh Amendment. Instead, defendant Hines bypassed the Courts and proceeded on his own maliciously. This information that Steven Hines has relied on to attack the different banking and financial institutions was gained by Steven Hines, coercing several DOES to trespass and misappropriate documents. The information that was the subject of the summons was also missing from the office and

4

was never authorized to be released. Those documents were the initial leads for Steven Hines to summons all thirteen +/- banking and financial institutions. Since all of the aggressive attacks on the banking institutions, several of them will no longer do business with plaintiff and have "kicked him out of the bank" which has affected his relationship and his fiduciary responsibilities. Steven Hines is also charged with coercing a private attorney to get control of private documents through another private civil action that was already taking place in the state courts in the state of Idaho. Dennis Albers proceeded to release said material after being properly notified that the summons in question were fraudulent and were sent without proper authority thus creating mail fraud. Furthermore, Defendants released and took position of documents that were lawfully sealed by court order and were not to be disclosed. All the above-mentioned private documents that were taken are the sole source of information that was passed on to the Assistant United States Attorney Nancy Cook.

10. All times stated herein the Internal Revenue Service and all defendants had notice and opportunity to resolve the acts or omissions of their agents and failed to prevent the atrocities that occurred at that time or future times after being noticed.

11. Nancy Cook, Assistant United States Attorney has orchestrated many different Grand Jury tribunals using the stolen information to try and get an Indictment even after being notified of the violations of due process. To this point she has not been successful. However, it is known for the record that she is attempting to formulate new charges in a different direction with the Food and Drug Administration and other Does actors. Nancy Cook has sent out investigators from the Food and Drug to interrogate private citizens against plaintiff. It is stated that when Nancy Cook finds exculpatory evidence in favor of

plaintiff she knowingly and willingly makes sure that information does not get to the Grand Jury. Plaintiff is concerned about the tactics used by Nancy Cook and agents regarding Grand Jury witnesses. One witness was served with an illegible document purported to be a summons. When witness questioned the authenticity of the document whereupon unnamed marshals came and seized her out of the jurisdiction to another jurisdiction and ordered her to testify. The other witness was not served the summons but was arrested for not showing up to the hearing. Plaintiff questions whether these tactics are in furtherance of the pursuit of justice.

## FEDERAL CAUSES OF ACTION

12. The herein above described actions and omissions engaged under the color of State and Federal authority by the Defendants, including the defendants employers, peers and ALL OTHER DOES, sued as persons, responsible because of its authorization, assistance, condonation, knowledge of the conspiracy to commit fraud, due process crimes and ratification thereof for the acts of its employees, their peers, and ALL OTHER DOES, being public servants, deprived Plaintiff of his rights secured to him and expected by them under the Constitution of the United States in it's entirety including but not limited to his Fourth Amendment right to be free from unlawful seizure of their papers and effects without probable cause; his Fourth and Fifth Amendment right to be free from malicious prosecution; and his Seventh Amendment right to due process of law and Fourteenth Amendment rights to due process of law; his Sixth Amendment right to know the nature and cause of the action against him; and his Eighth Amendment right to be free from cruel and unusual punishment, and his thirteenth amendment right to be free from involuntary servitude.

13. **FIRST CAUSE**: Plaintiff's Fourth Amendment right to be free from unreasonable seizure of his papers and effects were violated when the federal actors did coerce and conspired to have seized private documents from plaintiff. Instead of defendant Hines seeking enforcement from a court, he acted with malice and no statutory or delegated authority.

14. **SECOND CAUSE**: Plaintiff's Fourth Amendment right to be secure in his person, paper and effects from unreasonable or violent unprovoked attacks, as unreasonable searches and seizures of private papers were violated by each and all defendants in all actions at the time.

15. **THIRD CAUSE**: Plaintiffs Seventh Amendment right to have all controversies adjudicated pursuant to his due process right to be protect via the Seventh Amendment were violated even after Plaintiff gave proper notification to defendants.

16. **FOURTH CAUSE**: Plaintiffs suffered emotional trauma constituting cruel and unusual punishment in violation of the Eighth Amendment by the unreasonable taking of private documents and attacking all associates involved. The actions of each defendant by either directly or indirectly assisting with the use of excessive force, illegal summons, persecution without due process, fraud, mail fraud, theft caused great harm to the reputation of the plaintiff and are abuses of executive discretion.

17. **FIFTH CAUSE**: Plaintiff's Fourth, Fifth and Fourteenth Amendment rights to due process were violated by Defendants who were judiciary and/or administrative officers commissioned and sworn by oath to assist in abating and/or stopping these crimes. These actors physically assisted and orchestrated in these activities. The Defendants harassment activities includes not aiding the plaintiff's; authorizing and allowing such actions thereto

7

by condoning such acts as physically abducting the plaintiffs papers and effects for the purpose of committing fraud and conspiracy to commit fraud, and mail fraud without a warrant, and trying to take

possession of the plaintiff's papers with theft, and having knowledge of such wrong doings, conspired therefore to, and had the power to prevent such acts, for which they are liable for all damages thereby incurred.

## PRAYER FOR RELIEF

PLAINTIFF', wherefore demands the following relief jointly and/or severally against all the Defendants in their official and/or individual capacities:

A. Compensatory damages in the amount of ten million dollars ($ 10,000,000.00)

B. Punitive damages in the amount of forty million dollars ($40,000,000.00) against all defendants inclusively and or separately.

C. Attorney's fees pursuant to Title 42, U.S.C., Section 1988 if needed, and all costs in filing this complaint and filing this action and all out of pocket expenses in relation to this action.

D. Declaratory judgment at the actions of defendants herein who were either under the color of law or totally outside the law, and in either case, clearly violated well established law and the principle of common rights here in the United States, by conspiring to commit fraud against the plaintiff.

E. Defendants, must be forced to surrender all papers and effects that were stolen from the plaintiff's private property and that information should not be allowed to be used against him.

F. Plaintiff requests the court issue an injunction against defendants prohibiting them from

continuing violations of plaintiff's civil rights.

G. Such other and further relief as this Court deems appropriate under the circumstances, including but not limited to criminal sanctions or recommendations of criminal prosecution pursuant to USC Title 18, Section 241 and 242, and/or recommendation to the justice department to prosecute any or all defendants.

H. Right to amend this complaint as needed.

TRIAL BY JURY IS HEREBY DEMANDED

David R. Hinkson

## VERIFICATION

I, David R. Hinkson, do solemnly swear under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief and that this filing was executed in the State of Idaho.

David R. Hinkson